**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**       **CASE NUMBER: 08-20237**
                                        **HONORABLE VICTORIA A. ROBERTS**

**v.**

**WILLIAM WESTRY,**

        **Defendant(s).**
                                                  /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 15, 2008, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation (Doc. #15) recommending that the Court DENY Defendant's "Motion to Dismiss Indictment." (Doc. #12). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. Defendant's motion is **DENIED.**

       **IT IS ORDERED**.

                                                 S/Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: September 9, 2008

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 9, 2008.
>
> s/Carol A. Pinegar
> Deputy Clerk